# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROSARIO HERNANDEZ, *et al.*, | |
| Plaintiffs, | Case No. 2:08-cv-01690-LRH-GWF |
| vs. | **ORDER** |
| GENERAL MOTORS CORPORATION, | |
| Defendants. | |

A Notice of Bankruptcy was filed by Defendant General Motors Corporation (#24) on June 20, 2009. Since that date, there has been no further activity in this action. The Court therefore requests that counsel for the parties file a status report with the Court regarding the status of this case, including whether it will be further prosecuted or should be dismissed.

**IT IS ORDERED** counsel for the parties shall file a status report on or before **April 29, 2011**.

DATED this 20th day of April, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge