**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROSARIO HERNANDEZ, et al.<br><br>Plaintiffs,<br>vs.<br><br>GENERAL MOTORS CORPORATION, a Delaware Corporation<br><br>Defendant | CASE NO. 2:08-CV-01690-LRH-GWF<br><br>**ORDER ON MOTION TO DISMISS** |
|---|---|

After considering Plaintiffs' Motion to Dismiss, the Court **GRANTS** the motion to dismiss (#29).

IT IS SO ORDERED:

DATED this 30th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE