**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| ROSARIO HERNANDEZ, et al. Plaintiffs, vs. GENERAL MOTORS CORPORATION, a Delaware Corporation Defendant | CASE NO. 2:08-CV-01690-LRH-GWF **ORDER ON MOTION TO DISMISS** |
|---|---|

After considering Plaintiffs' Motion to Dismiss, the Court **GRANTS** the motion to dismiss (#29).

IT IS SO ORDERED:

DATED this 30th day of January, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE